NOTE: This order is nonprecedential.

# United States Court of Appeals for the Federal Circuit

---

**In re: BITFENIX CO. LTD.,**
*Petitioner*

---

2022-138

---

On Petition for Writ of Mandamus to the United States District Court for the Eastern District of Texas in No. 2:21-cv-00159-JRG-RSP, Magistrate Judge Roy S. Payne.

---

**ON PETITION**

---

**O R D E R**

BitFenix Co. Ltd. submits notice that it believes its petition for a writ of mandamus is now moot, which the court construes as a request to withdraw its petition.

Upon consideration thereof,

IT IS ORDERED THAT:

2                                                          IN RE: BITFENIX CO. LTD.


BitFenix's petition is withdrawn.

FOR THE COURT

<u>May 12, 2022</u>                          <u>/s/ Peter R. Marksteiner</u>
         Date                                Peter R. Marksteiner
                                             Clerk of Court